IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI)<br><br>This Document Relates to United States<br>District Court for Maryland<br><br>(See Attachment A) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MDL 875

AND NOW, this *11th* day of *August*, 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _____8/11/00_____    _____

Charles R. Weiner